IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

ADALID MONTIEL FIGUEROA                                                    PLAINTIFF

v.                              Civil No. 07- 5177

CARRIE DABBS, Deputy Prosecuting
Attorney, Benton County, Arkansas                                          DEFENDANT

### ORDER

Adalid Montiel Figueroa, currently an inmate of the Benton County Detention Center, has submitted for filing in this district a pro se civil rights action under 42 U.S.C. § 1983. We find the complaint should be provisionally filed prior to a determination regarding plaintiff's status as a pauper and service of process. The United States District Clerk is directed to file the complaint.

Rule 9.1 of the Local Rules for the Eastern and Western Districts of Arkansas requires that the complaints filed by incarcerated person be submitted on court-approved forms. Plaintiff did not utilize the court's form complaint. **The clerk is directed to mail the plaintiff a form complaint and an application to proceed in forma pauperis (IFP). Plaintiff is given until October 26, 2007, to return to the court the form complaint and the completed IFP application or pay the $350 filing fee.** Plaintiff is advised if he fails to comply with the order of this court his case will be subject to being summarily dismissed.

IT IS SO ORDERED this 9 day of October 2007.

／s／ Marschewski
HON. JAMES R. MARSCHEWSKI
UNITED STATES MAGISTRATE JUDGE

U.S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

OCT - 2007

CHRIS R. JOHNSON, CLERK
BY
        DEPUTY CLERK

-1-

AO72A
(Rev. 8/82)