```
        IN THE UNITED STATES DISTRICT COURT
           WESTERN DISTRICT OF ARKANSAS
                FAYETTEVILLE DIVISION
```

ADALID MONTIEL FIGUEROA                                    PLAINTIFF

      v.             Civil No. 07-5177

CARRIE DABBS, Deputy Prosecuting
Attorney, Benton County                                    DEFENDANT

## O R D E R

Now on this 14th day of February, 2008, comes on for consideration the **Report And Recommendation Of The Magistrate Judge** (document #4), to which no objections have been made, and the Court, having carefully reviewed said Report And Recommendation, finds that it is sound in all respects, and that it should be adopted *in toto*.

**IT IS THEREFORE ORDERED** that the **Report And Recommendation Of The Magistrate Judge** is **adopted** *in toto*.

**IT IS FURTHER ORDERED** that, for the reasons stated in the **Report And Recommendation Of The Magistrate Judge**, plaintiff's complaint is **dismissed**.

**IT IS SO ORDERED.**

                                    /s/ Jimm Larry Hendren
                                    **JIMM LARRY HENDREN**
                                    **UNITED STATES DISTRICT JUDGE**